# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case # 3:19-cv-00697- LRH-CLB

PETER J. MAGEE,

    Plaintiff(s),

vs.

Shoshone Paiute Tribes of the Duck Valley Reservation, et al.,

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Nathaniel Amdur-Clark_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
(firm name)

with offices at _____302 Gold Street, Suite 201_____,
(street address)

_____Juneau_____, _____Alaska_____, _____99801_____,
(city)    (state)    (zip code)

_____(907) 586-5880_____, _____nclark@sonosky.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Shoshone Paiute Tribes of the Duck Valley Res to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>November 17, 2014</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Alaska</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Columbia | Pending | 1022417 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Alaska State Bar
D.C. Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF  District of Columbia  )
                               )
COUNTY OF _____ )

_____Nathaniel Amdur-Clark_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __December__, __2019__.

_____
Notary Public or Clerk of Court

District of Columbia: SS
Subscribed and Sworn to before me
this 2 day of December 2019

Joseph G. Evans, Notary Public, D.C.
My commission expires January 31, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Wes Williams Jr.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__3119 Lake Pasture Rd.__,
(street address)

__Schurz__, __Nevada__, __89427__,
(city)   (state)   (zip code)

__(775) 530-9789__, __wwilliamslaw@gmail.com__
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Wes Williams Jr__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Shoshone Paiute Tribes of the Duck Valley Reservation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__6869__    __wwilliamslaw@gmail.com__
Bar number         Email address

APPROVED:
DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of the State of Alaska
## Certificate of Good Standing

I, Meredith Montgomery, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Nathaniel Amdur-Clark

was admitted to practice before all courts of the State of Alaska on November 17, 2014; that Nathaniel Amdur-Clark's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated at Anchorage, Alaska on November 13, 2019

*Meredith Montgomery*
Clerk of the Supreme Court

By: *Beth A. Pechota*
Beth A. Pechota, Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Nathaniel Amdur-Clark*

was duly qualified and admitted on November 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
November 21, 2019.

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.