# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case # 3:19-cv-00697-LRH-CLB

PETER J. MAGEE,

    Plaintiff(s),

vs.

Shoshone Paiute Tribes of the Duck Valley Reservation, et al.,

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Richard D. Monkman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
(firm name)

with offices at 302 Gold Street, Suite 201,
(street address)

Juneau, Alaska, 99801,
(city) (state) (zip code)

(907) 586-5880, rdm@sonosky.net.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Shoshone Paiute Tribes of the Duck Valley Res to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____November 10, 1980_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Alaska_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the 9th Circuit | 2/18/1981 | 8011101 |
| U.S. District Court for the District of Alaska | January 1, 1980 | 8011101 |
| U.S. District Court for the North. Dist. of Calif. | 6/14/1988 | 8011101 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> Alaska State Bar
> Washington State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Alaska____ )
)
COUNTY OF _1st Judicial District_ )

____Richard D. Monkman____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_26th_ day of _November_, _2019_.

_____
Notary Public or Clerk of Court

**State of Alaska**
**NOTARY PUBLIC**
**Sarah Buzard**
Expire: 5/4/2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Wes Williams Jr._,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_3119 Lake Pasture Rd_,
(street address)
_Schurz_, _Nevada_, _89427_,
(city) (state) (zip code)
_(775) 530-9789_, _wwilliamslaw@gmail.com_
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Wes Williams Jr.___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Shoshone Paiute Tribes of the Duck Valley Reservation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__6864__  __wwilliamslaw@gmail.com__
Bar number       Email address

APPROVED:
DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of the State of Alaska

## Certificate of Good Standing

I, Meredith Montgomery, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Richard D. Monkman

was admitted to practice before all courts of the State of Alaska on November 10, 1980; that Richard D. Monkman's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated at Anchorage, Alaska on November 8, 2019

*Meredith Montgomery*
Clerk of the Supreme Court

By: *Beth A. Pechota*
Beth A. Pechota, Deputy Clerk

# CERTIFICATION OF CURRENT STATUS

November 25, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Richard Drake Monkman**, license no. **35481** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **November 8, 2004** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA