# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

# NORTHERN DIVISION AT RENO

| | |
|---|---|
| PETER J. MAGEE, PETE MAGEE CPA AND ASSOCIATES, PLLC, A LIMITED LIABILITY COMPANY, TSG SYSTEMS, INC., A PROFESSIONAL CORPORATION, AND ALICIA SKOLAK,<br><br>Plaintiff,<br><br>v.<br><br>SHOSHONE PAIUTE TRIBES OF THE DUCK VALLEY RESERVATION, WILLIAM REYNOLDS, THEODORE HOWARD, BRIAN THOMAS, YVONNE HOWARD, COLIN THOMAS, ARNOLD THOMAS,<br><br>Defendants. | Case No.: 3:19-cv-00697-LRH-CLB<br><br>**ORDER REGARDING**<br><br>UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY RE DOCKET 10<br>(First Request) |

Defendants request an extension of time until January 8, 2020, to file their reply in support of their *Motion to Dismiss* at Docket 10. This is the first request for extension. This request is made as Plaintiffs' *Opposition* at Docket 16 was served on Dec. 23, 2019, while counsels' office

was closed for the holiday week. Per Local Rule 7-2(b), Defendants' reply in support of the motion is due today, Dec. 30, 2019.

Plaintiffs' counsel has been informed of this request and has stated that plaintiffs do not oppose the requested extension.

DATED December 30, 2019, at Juneau, Alaska.

Respectfully submitted,

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MONKMAN, LLP


By: */s/ Richard D. Monkman*
    Richard D. Monkman
    Alaska Bar No. 8011101
    Nathaniel H. Amdur-Clark
    Alaska Bar No. 1411111
    Attorney for Plaintiff


**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 31st day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE